UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| GRANT HOUWMAN, | ) | Civil No. 10-4125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR** |
| vs. | ) | **SUMMARY JUDGMENT** |
| | ) | |
| JON GAISER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Jon Gaiser, by and through his attorneys of record, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Court for summary judgment in his favor, on the grounds that no genuine issues of material fact exist and he is entitled to judgment as a matter of law on all of Plaintiff's claims. In support of this motion, Defendant relies on Defendant's Brief in Support of Motion for Summary Judgment and Affidavit of Richard D. Casey, filed concurrently herewith.

Dated this this 16th day of May, 2011.

                                              LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

                                              /s/ Richard D. Casey
                                              Richard D. Casey
                                              Dana Van Beek Palmer
                                              PO Box 2700
                                              Sioux Falls, SD  57101-2700
                                              605-332-5999
                                              rcasey@lynnjackson.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2011, I sent to:

>Mr. Clint Sargent
>Meierhenry Sargent, LLP
>315 South Phillips Avenue
>Sioux Falls, SD 57104
>
>Mr. Michael J. Butler
>Attorney at Law
>100 S. Spring Avenue, #210
>Sioux Falls, SD 57104

by electronic service, a true and correct copy of this Defendant's Brief in Support of Motion for Summary Judgment relative to the above-entitled matter.

>/s/ Richard D. Casey
>Electronically Filed