UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| GRANT HOUWMAN, | ) | CIV. 10-4125-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JON GAISER, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff moves the court for a one-week continuance of the deadline for the submission of responsive briefs. Good cause appearing, it is

    ORDERED that the motion (Docket 36) is granted. Responsive briefs will be due **June 15, 2011**.

    Dated June 6, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE