UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| GRANT HOUWMAN, | ) | Civil No. 10-4125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF DEADLINE TO FILE** |
| JON GAISER, | ) | **REPLY BRIEF** |
| | ) | |
| Defendant. | ) | |

Comes now the above-named Defendant, Jon Gaiser, by and through his attorneys of record, and requests an extension of the deadline for submission of his brief in reply to Plaintiff's responsive briefs to June 30, 2011, on the grounds that Defendant's counsel were served with a copy of Plaintiff's Memorandum in Opposition of Defendant's Motion for Summary Judgment on June 6, 2011 and that the deadline for filing Defendant's reply brief is June 20, 2011. Because of Defendant's counsel being heavily involved in the annual meeting of the State Bar of South Dakota, Defendant requests a 10-day extension for filing his reply brief to June 30, 2011.

WHEREFORE, the Defendant respectfully asks the Court to enter an Order according to the above request.

Dated this 7th day of June, 2011.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: /s/ Richard D. Casey _____
Richard D. Casey
Dana Van Beek Palmer
LYNN, JACKSON, SCHULTZ & LEBRUN, P.C.
PO Box 2700
Sioux Falls, SD  57101-2700
605-332-5999
rcasey@lynnjackson.com
dpalmer@lynnjackson.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2011, I served:

Mr. Clint L. Sargent
Meierhenry Sargent, LLP
315 South Phillips Avenue
Sioux Falls, SD 57104
Clint@meierhenrylaw.com

Mr. Michael J. Butler
Attorney at Law
100 S. Spring Avenue, #210
Sioux Falls, SD 57104
mike.butlerlaw@midconetwork.com

by Notice of Electronic Filing, a true and correct copy of **Defendant's Motion for Extension of Deadline to File Reply Brief** relative to the above-entitled matter.

/s/ Richard D. Casey
Richard D. Casey
Dana Van Beek Palmer
LYNN, JACKSON, SCHULTZ & LEBRUN, P.C.
PO Box 2700
Sioux Falls, SD  57101-2700
605-332-5999
rcasey@lynnjackson.com
dpalmer@lynnjackson.com