UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| GRANT HOUWMAN, | ) | CIV. 10-4125-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JON GAISER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant moves the court for a 10-day extension of time to file a reply brief to plaintiff's memorandum in opposition to defendant's motion for summary judgment. Good cause appearing, it is

ORDERED that the motion (Docket 41) is granted. Defendant's reply brief is due **June 30, 2011**.

Dated June 8, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE